IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEGEND-MORPHY, a general partnership, and LAURA SPERBER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company; and DOES 1-10,<br><br>Defendants. | CASE NO: 2:12-cv-02260 ROS<br><br>**ORDER EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Laura Sperber has submitted a Stipulation For Extension Of Time To File Opposition To Defendant's Motion To Dismiss For Failure to State a Claim wherein she requests a 10 day extension of time to file an Opposition to Defendant's Motion to Dismiss because of the unavailability of Plaintiff's Counsel over the holidays. Counsel for Defendant has stipulated to such an extension. Have considered the Stipulation and good cause appearing therefrom, **IT IS ORDERED** that the time for Plaintiff Laura Sperber to file her Opposition to Defendant Xcentric Ventures, LLC's Motion to Dismiss shall be extended to January 10, 2013.