RYLEY CARLOCK et al.
JOHN C. LEMASTER (SBN 011588)
jlemaster@rcalaw.com
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: (602) 258-7701
Facsimile: (602) 257-9582

KINSELLA WEITZMAN et al.
DALE F. KINSELLA (SBN 63370)
JEREMIAH T. REYNOLDS (SBN 223554)
jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: (310) 566.9800
Facsimile: (310) 566.9850
Attorneys for Plaintiffs Legend-Morphy and Laura Sperber

David S. Gingras, #021097
**Gingras Law Office, PLLC**
3961 E. Chandler Blvd., #111-243
Phoenix, AZ 85048
Tel.: (480) 668-3623
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Defendant Xcentric Ventures, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| LEGEND-MORPHY, a general partnership, and LAURA SPERBER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company; and DOES 1–10,<br><br>Defendants. | Case No.: 12-CV-2260-ROS<br><br>**STIPULATION TO DISMISS** |

Pursuant to the agreement of the parties and Fed. R. Civ. P. 41(a)(2), Plaintiffs LEGEND-MORPHY and LAURA SPERBER ("Plaintiffs") and Defendant XCENTRIC VENTURES, LLC ("Xcentric") hereby stipulate and agree this action may be dismissed without prejudice, each side to bear their own costs and fees.

RESPECTFULLY SUBMITTED: January 18, 2013.

**GINGRAS LAW OFFICE, PLLC**

/S/ David S. Gingras
David S. Gingras
Attorneys for Defendant
Xcentric Ventures, LLC

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**

/S/ Jeremiah Reynolds
Dale Kinsella
Jeremiah Reynolds
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following:

John C. Lemaster, Esq.
RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417

Dale F. Kinsella, Esq.
Jeremiah T. Reynolds, Esq.
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401

And a courtesy copy of the foregoing delivered to:
Chief Judge Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ 85003-2158

/s/Jentry S. Collins