IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Legend-Morphy, a general partnership, and Laura Sperber, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Xcentric Ventures, LLC, an Arizona limited liability company,<br><br>　　　　Defendant. | CV-12-02260-PHX-ROS<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation to Dismiss (Doc. 26), and good cause appearing,

　　　　**IT IS ORDERED** this action is dismissed without prejudice, the parties to bear their own costs and fees.

　　　　DATED this 23rd day of January, 2013.

　　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge